FILED: January 30, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-6390 (L)
(5:05-cr-00033-RLV-DCK-1)
(5:12-cv-00094-RLV)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PAUL WESLEY GAITHER, JR.

Defendant - Appellant

_____

No. 13-6522
(5:05-cr-00033-RLV-DCK-1)
(5:13-cv-00024-RLV)
_____

PAUL WESLEY GAITHER, JR.

Petitioner - Appellant

v.

UNITED STATES OF AMERICA

Respondent - Appellee

———————————

# J U D G M E N T

———————————

In accordance with the decision of this court, the appeals are remanded to the district court for further proceedings.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

<u>/s/ PATRICIA S. CONNOR, CLERK</u>